FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 3 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY   ᶜʰ ᵧ          DEPUTY

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SACR05-00080 AHS |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| SCOTT HOWARD KIMBALL, ) | |
| Defendant. ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Alicemarie H. Stotler, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),   The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

1   B.   (X)   The defendant has not met his burden of establishing by clear and convincing

2            evidence that he is not likely to pose a danger to the safety of any other person

3            or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding

4            is based on the nature of the charged offense and defendant's criminal history.


6        IT THEREFORE IS ORDERED that the defendant be detained pending the further

7   revocation proceedings.



10  Dated: September 30, 2013

11                                   _____/s/_____Arthur Nakazato_____
                                      ARTHUR NAKAZATO
12                                   UNITED STATES MAGISTRATE JUDGE